

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 CASE NO.:

STEPHEN W. BOONE and
BRENDA BOONE                                                          14-13312-JDW

AGREED ORDER GRANTING
MOTION FOR ORDER DECLARING CLAIM SATISFIED (Dkt. #58)

THIS MATTER came before the Court on Motion for Order Declaring Claim Satisfied (Dkt. #58) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Response to Motion for Order Declaring Mortgage Loan Current filed by PNC Bank, National Association (Dkt. #60) (the "Creditor"). Upon agreement of the parties,

IT IS THEREFORE ORDERED AND ADJUDGED, that the Motion shall be and is hereby granted.

IT IS FURTHER ORDERED, that the claim of PNC Bank, National Association (Clm. #3-1) (the "Claim") shall be and is hereby deemed fully satisfied, including the pre-petition arrearage, all post-petition payments, advances, charges,

expenses, fees, and attorney's fees incurred by Debtor or charged by the Creditor during the course of the bankruptcy.

IT IS FURTHER ORDERED that any amounts for fees, charges, or expenses that the Creditor may allege owed in connection with any alleged default on the Claim or otherwise, which were not approved by this Court through the allowance of the Claim of the Creditor or otherwise, shall be deemed cured by completion of the Confirmed Plan (Dkt. #28) and therefore canceled and discharged.

IT IS FURTHER ORDERED that the Creditor shall release its lien and otherwise comply with applicable nonbankruptcy law.

## ##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Parker A. Proctor, Jr.
PARKER A. PROCTOR, JR.
ATTORNEY FOR CREDITOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645